MCGREGOR W. SCOTT United States Attorney
Michael E. Cone
Rule 83-180 Prosecutor 19777 Greenley Road
Sonora, CA 95370 (530)310-3585

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DELINO J.JERMANON,<br><br>    Defendant. | Case No.  6:20-po-00658-HBK<br><br>STIPULATION TO REQUEST DEFENDANT BE PERMITTED TO FORFEIT COLLATERAL IN LIEU OF A MANDATORY APPEARANCE BEFORE THE COURT ON JANUARY 26, 2021 AT 2:00 PM. AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Michael Cone, Acting Legal Officer for the United States Forest Service, and Delino J. JERMANON by and through his attorney of record, Benjamin A. Gerson, that the status conference in the above-captioned matter set for January 26, 2021 be vacated. The Government agrees violation number F5339251 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $150, plus the $30 processing fee.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  January 8, 2021           */s/ Michael E. Cone*
                                  Michael Cone
                                  Rule 83-180 Prosecutor
                                  U.S. Forest Service
                                  Stanislaus NF

Dated: January 8, 2021

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
Sandra Diaz

## ORDER

For good cause shown, the court approves the stipulation [4] and vacates the January 26, 2021 status conference for *United States v. Jermanon*, case no. 6:20-po-00658-HBK. Violation number F5339251 can be resolved through a forfeiture of collateral, consistent with the bail schedule: $150.00 plus the $30.00 processing fee.

IT IS SO ORDERED.

Dated:   January 11, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE